UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

FILED
U.S. BANKRUPTCY COURT
2018 JUL 12  A 8: 51
S.D.N.Y.

In re   Paul A Amelio

Case No. 18-11172-cgm

Chapter 13

Debtor.

**DEBTOR'S NOTICE OF VOLUNTARY DISMISSAL
OF CHAPTER 13 CASE PURSUANT TO 11 U.S.C. 1307(b)**

**COMES NOW**, Debtor, Paul A Amelio, Pro Se, with notice to this Court of voluntary dismissal of his Chapter 13 Case pursuant to 11 U.S.C. 1307(b). Debtor in support thereof states the following:

1. Debtor, Paul A Amelio filed a voluntary bankruptcy case under Chapter 13 of title 11 of the United States Code On April 26, 2018. The case was docketed as Case Number 18-11172-cgm.

2. Where the above-entitled case has not been converted under section 706, 1112 or 1208 of this title, the court shall dismiss a case under this chapter.

3. Debtor believes that he cannot proceed in this matter due to prejudice and bias by Standing Trustee, Krista M. Preuss, predicated by the malicious, unlawful and fraudulent statements regarding the petitions filed debtor's brothers Carmine Amelio and Alonso Amelio.

I declare under penalty of perjury that the foregoing is true and correct.

**WHEREFORE**, the debtor hereby submits this notice to this Court of voluntary dismissal of his Chapter 13 Case pursuant to 11 U.S.C. 1307(b).

Dated: July 11, 2018

Paul A Amelio, Debtor Pro Se
60 West 23rd Street, Apt 830
New York, NY 10010

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re   Paul A Amelio

Debtor.

Case No. 18-11172-cgm

Chapter 13

FILED
U.S. BANKRUPTCY COURT
2018 JUL 12 A 8: 51
S.D.N.Y.

### CERTIFICATE OF SERVICE

I hereby certify that on July 11, 2018, I served the following document: DEBTOR'S NOTICE OF VOLUNTARY DISMISSAL OF CHAPTER 13 CASE PURSUANT TO 11 U.S.C. 1307(b), was served electronically or by regular United States mail to all interested parties and creditors listed.

Dated: July 11, 2018

Paul Amelio, Debtor Pro Se
60 West 23rd Street, Apt 830
New York, NY 10010
Ph: 412-612-6774

Via: U.S. Mail
Attached list

**BY ELECTRONICALLY AND/ OR US MAIL**

Krista M. Preuss, Esq.
As Chapter 13 Trustee
399 Knollwood Road, Suite 102
White Plains, NY 10603-1936

**BY US MAIL**

American Tax Funding, LLC
801 Maplewood Drive
Jupiter, FL 33458

American Tax Funding, LLC
c/o Phillips Lytle LLP
620 Eighth Avenue, 23rd Floor
New York, New York 10018-1669

BAC Home Loans Servicing
f/k/a Countywide Home Loans Servicing
1800 Tapo Canyon Road
Simi Valley, CA 93063-6712

CIT Bank, N.A. 0208-1
14841 Dallas Parkway, Suite 300
Dallas, TX 75254-7883

CIT Bank, N.A.
fka OneWest Bank N.A.
fka OneWest Bank, FSB
P.O. Box 9013
Addison, Texas 75001-9013

City of Middletown
16 James Street
Middletown, NY 10940

DISCOVER BANK
DB SERVICING CORPORATION
PO BOX 3025
NEW ALBANY, OH 43054-3025

Federal National Mortgage Association
(Fannie Mae)
c/o Seterus, Inc.
PO Box 1047
Hartford, CT 06143-1047

INDYMAC BANK
PO BOX 4045
KALAMAZOO, MI 49003-4045

LEOPOLD & ASSOCIATES, PLLC
Attorneys for Ocwen Loan Servicing LLC
80 Business Park Drive, Suite 110
Armonk, New York 10504-1704

LEOPOLD & ASSOCIATES, PLLC
Attorneys for Ocwen Loan Servicing LLC
Attn: Michael T. Rozea
80 Business Park Drive, Suite 110
Armonk, New York 10504-1704

McCabe, Weisberg, & Conway, P.C.
Attorneys for Federal National
Mortgage Association
145 Huguenot Street, Suite 210
New Rochelle, NY 10801-5252

Midland Credit Management, Inc. as agent for
MIDLAND FUNDING LLC
PO Box 2011
Warren, MI 48090-2011

NATIONSTAR MORTGAGE LLC
PO BOX 619096
DALLAS TX 75261-9096

OCWEN LOAN SERVICING
PO BOX 24646
WEST PALM BEACH, FL 33416-4646

Ocwen Loan Servicing, LLC
Robertson, Anshutz & Schnied, P.L.
6409 Congress Ave, Suite 100
Boca Raton, FL 33487-2853

ONE WEST BANK
6900 BEATRICE DR
KALAMAZOO, MI 49009-9559

PHELAN, HALLINAN, DIAMOND, PC
400 FELLOWSHIP RD
SUITE 100
MOUNT LAUREL, NJ 08054-3437

PHILLIPS LYTLE, LLP
FIRST FEDERAL PLAZA
28 E MAIN ST STE 1400
ROCHESTER, NY 14614-1935

PNC BANK
PO BOX 5570
CLEVELAND, OH 44101-0570

Robertson, Anshutz & Schnied, P.L.
Attorneys for Ocwen Loan Servicing, LLC
Attn: BANKRUPTCY DEPARTMENT
6409 Congress Ave, Suite 100
Boca Raton, FL 33487-2853

Quicken Loans
1050 Woodward Ave
Detroit, MI 48226-1906

Real Time Resolutions, Inc.
1349 Empire Central Drive, Suite #1
Dallas, Texas 75247-4029

Recovery Management Systems Corporation
25 S.E. 2nd Avenue, Suite 1120
Miami, FL 33131-1605

Robertson, Anshutz & Schnied, P.L.
Attorneys for Ocwen Loan Servicing, LLC
Attn: Elizabeth L. Doyaga, Esq.
6409 Congress Ave, Suite 100
Boca Raton, FL 33487-2853

Robertson, Anshutz & Schnied, P.L.
Attorneys for Ocwen Loan Servicing, LLC
Attn: Nicole Thompson, Esq.
6409 Congress Ave, Suite 100
Boca Raton, FL 33487-2853

Rosicki, Rosicki & Associates, P.C.
Attorneys for Federal National
Mortgage Association
51 East Bethpage Road
Plainview, NY 11803-4224

SAXON MORTGAGE SERVICES
4718 MERCANTILE DR
FORT WORTH, TX 76137-3605

Shapiro, DiCaro & Barak, LLC
Attorneys for Fargo Bank, N.A.
Attn: Matthew W. Silverman
Suite 3N05
Melville, NY 11747-4468

SYNCB/LOWES
PO BOX 965005
Orlando, FL 32896

United States Trustee
Office of the United States Trustee
U.S. Federal Office Building
201 Varick Street, Room 1006
New York, NY 10014-9449

WELLS FARGO BANK
PO BOX 10335
DES MOINES, IA 50306-0335

Wells Fargo Bank, N.A.
Attention: Bankruptcy Department
MAC# D3347-014
3476 Stateview Blvd.
Fort Mill, SC 29715-7203

Wells Fargo Bank, N.A.
Shapiro, DiCaro & Barak, LLC
One Huntington Quadrangle
Suite 3N05
Melville, NY 11747-4468

FILED
U.S. BANKRUPTCY COURT
2018 JUL 12 A 8: 52
S.D.N.Y.